# FOURTEENTH COURT OF APPEALS
### 301 Fannin, Room 245
### Houston, Texas 77002


**To: John D. Kinard**                                    **January 28, 2015**

**County:  Galveston (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-12-00523-CR | Kenneth Lynn Schroeder v The State of Texas | 10CR2872 |
|---|---|---|
| | State's Exhibit 1 | |
| | State's Exhibit 20 | |


Received by: _____

Received on: _____